# UNITED STATES DISTRICT COURT

## for the

### Western District of Wisconsin

FILED/REC'D

2026 APR 27  A 10: 24

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

*Lucy Clark*

**against**

*Michael Rosenthal, Kevin Mcclanahan*

index no.

26-cv-390-jdp

1. Defendant Kevin Mcclanahan violated due process,

2. Defendant Michael Rosenthal conspired with Kevin Mcclanahan,

2. Plaintiff demands an award to be decided by the Court.

I declare under penalty of perjury that I have read the complaint and that the information contained in the complaint is true and correct.

Lucy Clark
4/6/26